UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CARLOS ARELLANO, *on behalf of himself and
FLSA Collective Plaintiffs.* ,

                Plaintiff,

against

PRP RESTAURANT INC., d/b/a GALLAGHER'S
2000 and ROBERT POTENZA,

                Defendants.
-------------------------------------------------------------------X

Case No. 15-cv-6483

**VOLUNTARY DISMISSAL WITH <u>PREJUDICE</u>**

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned parties, through their respective counsel, that the above action be and is hereby dismissed with prejudice and without costs to either party. The Court shall retain jurisdiction over the settlement for the purposes of the enforcement of the provisions thereof.

Dated: New York, NY
March 23, 2016

SEYFARTH SHAW LLP

By: _____
Gerald L. Maatman, Esq.
Howard M. Wexler, Esq.
620 Eighth Avenue
New York, NY 10018
(212) 218-5500

*Attorneys for Defendants*

Dated: New York, NY
March 23, 2016

LEE LITIGATION GROUP, PLLC

By: _____
CK Lee, Esq.
Anne Selig, Esq.
30 East 39th Street, Second Floor
New York, New York 10016
(212) 465-1188

*Attorneys for Plaintiff*

9